Barney R. Colson and W. S. Broome, Appellants, v. Hattie L. Sanchez and Mabel A. Sanchez, Appellees.

Filed January 21, 1916.

Appeal from Circuit Court, Alachua County; James T. Wills, Judge.

Decree affirmed.

*W. S. Broome,* for Appellants;

*Geo. F. Mason* and *E. C. F. Sanchez,* for Appellees.

---

Picture Plays Theater Company, a corporation, Appellant, v. T. Williams, Appellee.

Filed January 25, 1916.

Appeal from Circuit Court, Hillsborough County; F. M. Robles, Judge.

Order affirmed.

*McKay, Withers & Phipps,* for Appellant;

*E. B. Drumright* and *Shackleford & Shackleford,* for Appellee.